## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNNE FREEMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, MACMILLAN PUBLISHERS, LLC, a New York limited liability company; and DOES 1-10,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br><u>JURY TRIAL DEMANDED</u> |

Lynne Freeman, by and through her undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

### JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

### PARTIES

4. Plaintiff Lynne Freeman ("FREEMAN") is an individual who is a resident of Alaska.

5. Upon information and belief, Defendant Tracy Deebs-Elkenaney p/k/a Tracy Wolff ("Wolff") is a citizen of the State of Texas and does business in New York.

6. Upon information and belief, Defendant Emily Sylvan Kim ("Kim") is a citizen of the State of New Jersey and does business in New York.

7. Upon information and belief, Defendant Prospect Agency, LLC ("Prospect") is a New Jersey Limited Liability Company with its principal place of business located in Montclair New Jersey and does business in New York, New York. Furthermore, the agreement between Prospect and Kim, on the one hand, and Freeman, on the other hand, contains an exclusive New York choice of venue provision relating to any litigation arising out of or relating to the agreement and the transactions contemplated thereby.

8. Upon information and belief, Defendant Entangled Publishing, LLC is a Delaware Limited Liability Company with a principal place of business located in Parker, Colorado and does business in New York, New York.

9. Upon information and belief, Defendant Macmillan Publishing Group, LLC, doing business as Macmillan ("MacMillan"), is a New York Limited Liability Company with a principal place of business located in New York, New York.

10. Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this

Complaint to show their true names and capacities when same have been ascertained.

11. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO FREEMAN'S WORK

12. In 2009, FREEMAN wrote a young adult paranormal fantasy romance manuscript originally entitled *Blue Moon Rising,* but later renamed *Masqued.* The manuscript was about a protagonist who moves to Alaska from San Diego to live with her last two remaining relatives—who are supernatural witches, although she doesn't know it—after a tragic accident killed her family. The protagonist believes she's human, but is not, learns about a supernatural world she never knew existed as she falls in love with a dangerous boy with dark secrets, and learns of a supernatural war and that her purpose is to restore the balance among the warring factions.

13. In December of 2010 FREEMAN hired Emily Sylvan Kim of Prospect Agency, LLC as her literary agent to assist her with finding a publisher for her manuscript. Kim told FREEMAN she liked her manuscript very much, loved her writing, and that only a few minor changes would be required before the book would be ready to send to other publishers.

14. Despite the foregoing comment by Kim, FREEMAN spent over three years having frequent and lengthy phone calls with Kim, and constantly

exchanging e-mails, the focus of which were comments and detailed questions that Kim had regarding the manuscript, which led to FREEMAN repeatedly revising it and creating new material. Kim requested pitch notes, chapter outlines, chapter summaries, synopses, query letters, FREEMAN's notes used to create the manuscript, her plans for the book series; she even asked FREEMAN to write letters for her to use with potential publishers about the books. FREEMAN complied, and over the course of their relationship created over forty-five (5) versions of the manuscript and numerous notes which she sent to Kim.

15. In late 2013, Kim told Freeman that she had no publishers to whom she could send her book, other than the few publishers to whom she had already sent it. Kim asked Freeman to provide a list of publishers and contacts who she thought might be interested. She also had Freeman write chapter outlines, pitch notes and synopses, as well as letters of introduction for her to use to send to them. Freeman supplied Kim with everything she requested. However, she always thought it was strange that Kim asked for those materials.

16. In 2014, Kim told Freeman that if she could not write a contemporary romance book and give her something new, she would need to remove Freeman from her website. She told her that the Freeman manuscripts were a great story, but that they missed the market since young adult books and movies in this genre were oversubscribed, and that Freeman would need to wait until her son graduated from high school in 2021, to resubmit her original manuscript. Freeman gave Kim notes for a few proposed books, as well as some chapters. However, Freeman concluded that she did not want to write anything other than young adult fantasy and terminated her professional relationship with Kim.

17. Prior to and during the time Freeman worked with Kim, Kim was also the literary agent for Tracy Deebs-Elkenaney, aka Tracy Wolff ("Wolff"). At all relevant times Kim and Wolff have not only had an agent-client relationship but

have been good friends, and Plaintiff is informed and believes that Kim shared Freeman's work and ideas with Wolff.

18. Freeman met Wolff in the summer of 2012. At Kim's request, Freeman attended the Romance Writers of America conference in Anaheim, California which took place July 24 through July 28, 2012. On the morning of the first day of the conference, Kim introduced Wolff to Freeman and Freeman told Wolff about Blue Moon Rising, how she got the idea for the Freeman Manuscript, what made her decide to write a book and when specifically, she began writing the manuscript, as well as answered questions about living in Alaska, and what made her set her book in Alaska.

19. In 2020 the book *Crave,* supposedly written by Tracy Wolff, was published. *Crave* is also a young adult paranormal fantasy romance set in high school in Alaska, with a protagonist who moves to the state from San Diego, after a tragic accident killed her family. The protagonist also believes she's human, but is not, must navigate her way in the supernatural world she never knew existed while falling in love with a dangerous boy with dark secrets, and learns of a supernatural war and that her purpose is to restore the balance among the warring factions.

20. Since 2020 *Crave* has become a series with the books purportedly authored by Wolff published after *Crave*— *Crush*, *Covet*, *Court*, *Charm,* and *Cherish*—following the same characters as in Freeman's manuscript and built on storylines that mirror the subplots in the various versions of Freeman's manuscripts, notes, and outlines provided to Kim. In addition to the similarities in plot, characters, dialogue, mood, theme, and pace, there are a substantial number of lifted scenes throughout the series, and an overwhelming number of similarities of non-genre-specific words, phrases, and language between the works, many of which occur in page number proximity between the various versions of Freeman's manuscripts and the *Crave* series of books, using Freeman's language, expression,

plots, subplots, and characters. The books share seven character names in common, some of which are highly unusual, such as the Bloodletter, Marise, and Collin. Plaintiff is further informed and believes that Wolff, Kim and Pelletier were all involved in writing the Crave books and that each contributed material from Freeman's work and ideas that Wolff shared with them

21. In response to a demand letter by Freeman's counsel, an attorney for Entangled, the publisher of the *Crave* series, stated that Liz Pelletier, Entangled's Chief Executive Officer and Publisher, "created the basic storyline for the *Crave* book series, selecting the writer, Tracy Wolff; not based on a prepared manuscript but due to her writing voice." Through counsel, Pelletier claims that the "*Crave* book series was a collaborative project with Pelletier providing to Wolff in writing the main plot, location, characters, and scenes, and actively participating in the editing and writing process."

22. Entangled admits to having received Freeman's manuscript prior to the creation of the *Crave* series. And Kim told Freeman that she sent the manuscript to Stacy Abrams, an Editorial Director at Entangled. Ms. Abrams and Ms. Pelletier are listed in both *Crave* and *Crush* as the editors of both books.

23. The relevant versions of the Freeman Manuscript and the notes, outlines and other materials sent to Kim (sometimes hereinafter referred to as "Freeman Copyrighted Material," *Blue Moon Rising*" or "BMR") have been registered with the U.S. Copyright Office, under Certificates of Registration dated September 12, 2021, and numbered TXu002276330; TXu002282260; TXu002276335 and TXu002276337.

24. On March 3, 2022, Freeman filed suit against Defendants in this District for Defendants' infringement over the first four novels in the *Crave* series. At the time, the fifth and sixth books in the series, *Charm* and *Cherish*, had not yet been published.

25. Freeman now brings this action to address Defendants' infringement in connection with the fifth and sixth *Crave* books.

26. *Charm* and *Cherish* are derivative works of Freeman's BMR manuscripts and notes.

27. *Charm*, book 5, features the heroine and the second romantic lead, characters created by Freeman, and serves as a bridge between book 1, *Crave*, and book 2, *Crush*, of the series. There are 14 character names in common between the works and 11 characters in common. The sixth book, *Cherish*, brings the *Crave* series to its conclusion, with the heroine's purpose, just as in BMR drafts, to use her powers to restore balance between two opposing factions of magic (Shadows and Light in BMR and Chaos and Order in the *Crave* series) which exist within her in order to save those she loves. The universe requires balance. The story in the 2016 BMR manuscript and in *Cherish* involves heroine's self-sacrifice using opposing magical forces and a magical artifact to defeat a god's magic and to seal /collapse a realm."

28. *Charm* and *Cherish* heavily rely on copying the original material in Freeman's manuscripts, including without limitation as follows:

    a. **<u>BOOK 5:</u>**
    b. There is a second voice the heroine hears in her head, and it is this character (Ronan in BMR, Hudson in the *Crave* series) and her relationship with him that is the subject of book 5, *Charm*, in the *Crave* series. The DNA for this bridge novel is derived from Freeman's BMR manuscripts and notes as it takes place in the "Shadow Realm," a different dimension, where the heroine and this character, also creations of Freeman's BMR, interact and first meet in both works.
    c. In the opening pages of BMR and *Charm*, the heroine finds herself in this other realm. Her body is in the physical world in Alaska, but

    her spirit is in this other realm, which she doesn't realize. She is in danger from a predator. Ronan / Hudson saves her. The sky is black, she wonders what has happened, her head feels strange, she wonders where she is, and even asks herself, "Am I dead? / "Am I dead right now?" She runs her hands over her body and she panics. In both works, the second voice the heroine has heard in her head is Ronan / Hudson, whom she meets in the Shadow Realm ("We call it the Shadow Realm" / "You're in what I believe you call the Shadow Realm." In both works, this other dimension also has another name. In both works, he remembers her and their time their together, but she does not. *Charm* takes from BMR drafts and cobbles the story of their time in that realm together to explain their connection.

d. Ronan / Hudson serves as the heroine's secondary love interest, and he is a known killer, responsible for the slaughter of his own people. As the story progresses, he is transformed in the reader's eyes and the heroine's by his actions, and is the ultimate anti-hero. Both works describe this character the same way. His eyes are the "blue of a storm at sea" (BMR) / "storm-tossed blue eyes" (*Covet*) that are "oceanic." He is royal, part vampire (BMR) / vampire (*Crush*), and bites the heroine's lip drawing blood in a kiss. He has an accent that "isn't quite British" in BMR but "is British" in *Charm*. In BMR and *Crush*, he's been trapped in another dimension and now the heroine has accidentally brought him back with her from that place, and he remembers her but she doesn't remember him. His name invokes fear and he is thought to be "evil," "depraved," and responsible for murder and the deaths of many. It is believed there would be war and apocalypse if he came back.

e. In BMR and *Charm*, he is not actually evil at all and did what was necessary for the greater good. In both works, he has powers of the mind which are quite frightening, he can take away a person's free will. He has tried to warn the heroine and help her. She finds him attractive even though she loves the romantic lead. He is intended for a love triangle (BMR notes) / is part of a love triangle (*Crave* series) with the heroine and romantic lead.

f. When the heroine first realizes who he is, she is horrified, and says "Oh god no!" (BMR) / "Oh my god!" (*Charm*) and feels sick to her stomach. She also finds him very "good-looking" in spite of herself and her relationship with the romantic lead, compares their looks, and is drawn to him though she doesn't want to be. In BMR and *Charm*, this character softens through tender moments with the heroine, vulnerability, humor and loyalty, shifting from villain to anti-hero. And in both works, including *Charm*, he is the better choice for the heroine because the romantic lead "wants to protect" her while Ronan/ Hudson wants to help her learn to be what she is.

g. In BMR and *Charm*, the heroine is described as headstrong and stubborn. She is told she's a leader, a "queen." Ronan / Hudson (the second romantic lead) rescues the heroine from an attack and the Queen of Shadows / Shadow Queen's power is terrifying.

h. "Time passes differently" in the Shadow Realm than in the real world back in Alaska, which is a concern for them. It is a perilous place and they must find their way back home, back to Alaska, which they do with Ronan / Hudson grabbing the heroine to make the leap to cross the realms. In the end, when they are back in Alaska, he tells her that he is hers, he belongs to her.

i. **BOOK 6**:

j. *Cherish* mainly pulls from the 2012, 2014 and 2016 BMR drafts, and *Cherish* deconstructs many of the scenes in the BMR drafts to form the basis of the scenes in *Cherish*. The heroine returns to the Shadow Realm. She must balance opposing forces of magic within herself in order to maintain the balance. She must save a friend who has been mortally bitten by a magical creature whose bite is poisonous. She must stop a god and seal off a realm in order to do so.

k. Heroine comments on the distance "between Ireland and Alaska" (BMR) / "between Ireland and California." (*Cherish*) The heroine must go to another realm and she makes a bargain with the Queen of Shadows (BMR), Shadow Queen (*Cherish*) to save a male friend's life.

l. Various iterations of Freeman's Shadow Realm from the various drafts are used. For example, the heroine has a male friend who is bitten by a magical creature, "snake"/ "bug."

m. She must find a cure for the magical poison in another realm via a portal to save her male friend's life. Cobra "strikes" heroine's male friend (BMR) / heroine's male friend "strikes like a cobra" (*Cherish*) Both the heroine and romantic lead are in the "Shadow Realm" and are warned about it being "not safe"(BMR) or "dangerous." (*Cherish*).

n. The heroine is warned by her aunt (BMR"), great-aunt (*Cherish*-"Crone") about "wendigos" that "crave human flesh" (BMR), "eat humans." (*Cherish*), the aunt also warns about a "werewolf" (BMR) or "werewolves"(*Cherish*) in the same scene.

o. The heroine and her group travel through a portal to find a cure for her poisoned friend. She crosses through a portal that is like a

"mirror" from a "fairy tale" (BMR) or "Snow White," (*Cherish*). This mirror "rests on the earth" (BMR) and in Cherish the mirror comes up through "the topsoil." This portal is described by the heroine: "swirl"/ "swirling" and has "hum" or "electric." (BMR/ *Cherish*) When the heroine goes through the mirror portal it feels like her skin is being "pricked" and then heroine describes about going through the portal with a "vague sense of unease,"(BMR) / "something about it didn't feel right" (*Cherish*).

p. The portal leads to the "World Tree" (BMR) / "Bittersweet Tree,"(*Cherish*) and when the heroine arrives on the other side of the portal she comes "face to face" with a wolf / bear. There is water at the "base" of the tree and the tree has healing properties and each tree has fruit / honeycombs hanging from the branches.

q. In both works, the romantic lead and his brother have been on a dangerous expedition in the jungles of Peru / Ecuador, where a brother is attacked while searching for tools and artifacts (BMR) / a cure (*Cherish*). In both works, a few girls are connected / bound by "dark magic."

r. In another scene, the heroine describes a bear that roars before an attack and the language and use of punctuation is very similar, even down to the em dashes. In this scene a villain/bear is on top of the heroine. Following another bear encounter the heroine asks herself, "Is this what it is like for the bear whisperer" / a female friend asks the heroine, "Do I look like a bear whisperer?" And the bear does not attack in either work.

s. To cure the heroine's male friend from the magical poisonous bite, the friend must be taken to the other realm. Heroine has to "make a deal"/ "make a bargain" with the vampire prince servant of

    Shadows/ Shadow Queen to save her friends. Heroine is forcibly taken along with her friends by the vampire prince servant of Shadows/ Shadow Queen guards after a visit to a paranormal bar with music on the stage and "underwear" and "bras" hanging anywhere and everywhere / the stage. They taken in a van/ vehicle. As part of the kidnapping scene, the heroine notes "everything fades to black"/ "everything goes black."

t. A guard "yanks" heroine back / "yanks me back around." The group of friends are taken by royal guard and forced to line up and look down/ look forward in front of the royal Shadow villain.

u. After kidnap attempt/ kidnapping plan, the heroine finds herself with her head in the romantic lead's/ex romantic lead's lap who both smells like citrus and waterfalls / oranges and fresh water.

v. She "makes a bargain" with a villain that serves "Shadows" to save her friends. The bargain has to do with the children of the royal villain, that will save her friends / friend. In the same scene, the villain smiles at the heroine and says "Come on now" and also "Tsk, tsk," to her and later in the scene, the royal villain of Shadows invites the heroine to sit next to him /her. Doors open and icy wind / icy air.

w. Heroine is told /tells there isn't time for "social niceties," since somebody is injured or dying. The heroine frees a villain from another realm, "Bloodletter/ Shadow Queen." The heroine is referred to as a "Keeper" as part of her lineage as supernatural being and duty to the supernatural world.

x. Heroine has an important role in unlocking and sealing the door to the other realm that has imprisoned a dark villain. Her purpose is to maintain "balance" and deliver "justice."

y. The heroine is the only one who can stop a god and seal the door to/ collapse the other realm.

z. Heroine starts her journey from Alaska and travels through a portal, and on her journey she visits an Egyptian temple and refers to the Lighthouse of Alexandria / Lighthouse at Alexandria."

aa. She learns that chaos / chaos magic will disrupt or destabilize the balance in the world.

bb. She must protect both paranormals and humans to keep the balance which is her special purpose as a supernatural being.

cc. She is hunted by Darkhunters /hunters.

dd. She chooses to sacrifice herself to save her friends.

ee. In BMR twin sisters have a severed bond (one is alive, and one is believed to be dead), while in *Cherish* the twin sisters have severed bonds (one is alive in the present world, and one is confined to the Shadow Realm).

## DEFENDANTS' COPYRIGHT INFRINGEMENT

33. Freeman incorporates all of the allegations made in the above paragraphs as if incorporated herein.

34. Freeman's manuscripts are original and copyrightable under the laws of the United States.

35. Defendants' display, distribution, and sales of the offending *Crave* books constitute infringement of Freeman's rights under the Copyright Act.

36. As a direct and proximate result of Defendants' copyright infringement, Freeman has suffered and will continue to suffer harm, some of which cannot be reasonably and adequately measured or compensated in damages.

37. By reason of the foregoing, Freeman is further entitled to damages she has sustained and will sustain in the future, and any profits of said Defendants as a result of the infringements, in an amount to be ascertained at trial.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

1. That Defendants—each of them—and their respective agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any of the books entitled *Charm* or *Cherish;*
2. That Plaintiff be awarded all profits of Defendants, and each of them, plus compensatory damages, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;
3. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq. ;
4. That Plaintiff be awarded pre-judgment interest as allowed by law;
5. That Plaintiff be awarded the costs of this action; and
6. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable.

Dated: November 7, 2025

Respectfully submitted,

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
Telephone: (310) 590-1820
scott@donigerlawfirm.com
Attorneys for Plaintiff