UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

LYNNE FREEMAN,

                                    Plaintiff,

        -against-

TRACY DEEBS-ELKENANEY P/K/A TRACY
WOLFF ET AL.,

                                    Defendants.

No. 25 Civ. 9345 (CM)

---

## ORDER

McMahon, J.:

The Parties are hereby ordered to deliver to the Court, in hard copy, two true and correct copies of Tracy Wolff's *Charm* and *Cherish* within forty-eight hours of this Order. The Parties shall further include any additional texts at issue, if any, that are relevant to the alleged copyright violations. The Parties need not send copies of BMR/Masqued 2010, 2011, 2012, 2013, 2014, and 2016 or the nine sets of Plaintiff's notes previously delivered to the Court in connection with Case No. 22-cv-2435.

Dated: March 18, 2026

_Colleen McMahon_
_____
U.S.D.J

BY ECF TO ALL COUNSEL