Case 1:25-cv-09345-CM Document 13 Filed 03/18/26 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LYNNE FREEMAN, an individual,

Plaintiff,

v.

TRACY DEEBS-ELKENANEY P/K/A TRACY WOLFF, an individual, EMILY SYLVAN KIM, an individual, PROSPECT AGENCY, LLC, a New Jersey limited liability company, ENTANGLED PUBLISHING, LLC, a Delaware limited liability company, MACMILLAN PUBLISHERS, LLC, a New York limited liability company; and DOES 1-10,

Defendants.

Case No.: 1:25-cv-09345-CM

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

ELECTRONICALLY FILED
DATE FILED: 9/21/2026

Lift stay Close case

Colleen McMahon
9/21/2026

PLEASE TAKE NOTICE THAT Plaintiff Lynne Freeman hereby dismisses this action, *without prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Per the aforementioned Rule, no court order is required in connection with this notice of dismissal.

Respectfully submitted,

Dated: March 18, 2026

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, NY 10038
(310) 590 – 1820
scott@donigerlawfirm.com
Attorneys for Plaintiff